In the Matter of the Petition of WILLIAM W. FARLEY, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 4,768, Issued to GUSTAV SCHULTZ, Appellant.

*Matter of Farley (Schultz)*, 163 App. Div. 953, affirmed.
(Argued September 28, 1914; decided October 13, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 22, 1914, which affirmed an order of Special Term revoking and canceling a liquor tax certificate.

*D-Cady Herrick, Frederick E. Grant* and *Morton C. Fitch* for appellant.

*Louis M. King* and *A. M. Sperry* for respondent.

Order affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.